NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WANDA DIPAOLA, STEPHEN
RINKO, and WANDA DIPAOLA
STEPHEN RINKO GENERAL
PARTNERSHIP,

   Appellants,

v.           Case No. 2D18-3152

NATIONWIDE INSURANCE
COMPANY OF FLORIDA,

   Appellee.

_____

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P.
Mercurio, Judge.

Saul Escobar of Escobar & DeCarlo,
LLC, Miami, for Appellants.

Mihaela Cabulea, Anthony J. Russo
and Thomas A. Keller of Butler
Weihmuller Katz Craig LLP, Tampa,
for Appellee.


PER CURIAM.

   Affirmed.


NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.